August 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARY ANN DEMARS AND ROBERT DEMARS, Appellants

NO. 14-14-00419-CV                            V.

CHIA-SU CHOU AND TEH-WEH CHOU, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from a notice of appeal filed January 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Mary Ann Demars and Robert Demars.

We further order this decision certified below for observance.